# **EXHIBIT D**

## Asset Agreements

## (See Attached)

## EXHIBIT E

Assignment of Copyright Form
## ASSIGNMENT OF COPYRIGHT(S)

This Assignment of Copyright(s) is made pursuant to the Purchase and Sale Agreement dated as of June ___, 2007 by and between Anthem Music & Media Fund, LLC d/b/a Kohaw Music, Inc. (ASCAP) and its affiliate, The Bicycle Music Company (collectively, "Assignee"), 449 South Beverly Drive, 3rd Floor, Beverly Hills, CA 90212, on the one hand, and S. Gregory Hays ("Trustee") in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Montell and Kristin Jordan ("Assignor").

Assignor, in exchange for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby irrevocably sells, transfers, conveys, assigns and delivers to Assignee, its successors and assigns one hundred percent (100%) of Assignor's right title and interest (wherever vested, contingent, expectant, or otherwise) in and to each of the musical compositions (or portions thereof) listed on the Exhibit "A" attached hereto ("Compositions"), including without limitation, all copyrights therein, and any and all renewals, extensions, continuations, restorations, revisions, and reversions thereof, under the laws now or hereafter in effect in the United States of America, and in all other countries of the world, to which Assignor may become entitled to pursuant to operation of law (whether vested, contingent, inchoate and whether such renewals, extensions, continuations, restorations, and reversions are now in existence or come into existence as a result of future legislation or the interpretation thereof), as well as all titles, music, lyrics and any and all arrangements, adaptations, translations, and other derivative works based upon such Compositions, and any and all other rights of Assignor of every kind, nature or description attaching to or which may attach to each of said Compositions or which are embraced or included in the copyright thereof in the United States of America, and in all other countries of the world.

In part or provision of this Assignment is determined by a court of competent jurisdiction to be void, invalid, or unenforceable, the remainder of this Assignment shall continue in full force and effect.

IN WITNESS WHEREOF, Assignor has executed this instrument on this ___ day of June 2007, effective as of June ___, 2007.

By:_____
    S. Gregory Hays, Chapter 7 Trustee
    for the Bankruptcy Estate of Montell
    and Kristin Jordan

By:_____
    Kristin Jordan

35

# EXHIBIT F

## (ASCAP Letter Of Direction)

*Hudson-Jordan Music*
*Mo' Swang*
*Montell Jordan (as Songwriter)*
c/o S. Gregory Hays of Hays Financial Consulting, LLC
3343 Peachtree Road NE, Suite 200
Atlanta, GA 30326

June ___, 2007

To Whom It May Concern:

Re: NOTICE OF ASSIGNMENT OF COPYRIGHTS AND INCOME

Gentlepersons:

Please be advised that effective June __, 2007, Anthem Music and Media Fund, LLC d/b/a Kohaw Music Inc. (ASCAP) has acquired all publishing rights, title and interest of Hudson-Jordan Music and Mo' Swang Music in all compositions owned or controlled by the undersigned, including, without limitation, those compositions listed on the annexed Exhibit A (the "Compositions").

All publisher income of any nature, regardless of when earned, with respect to the compositions as set forth on the annexed schedule should be payable to Anthem Music and Media Fund, LLC's ASCAP company Kohaw Music as of June __,2007.

All statements, checks and correspondence relevant to foregoing Compositions are to be directed to:

Kohaw Music
c/o The Bicycle Music Company
449 South Beverly Drive, 3rd Floor
Beverly Hills, CA 90212

Please mark your records accordingly.

Very Truly Yours,

Kristin Jordan
Hudson-Jordan Music
Mo' Swang Music

BY: _____
        Kristin Jordan

BY: _____
S. Gregory Hays, Chapter 7 Trustee for the Bankruptcy Estate of Montell and Kristin Jordan

36

## EXHIBIT G
### (Chrysalis Letter Of Direction)

Chrysalis Music Group, USA
8500 Melrose Avenue, Suite 207
Los Angeles, CA 90069-5145

      Re:            <u>Notice of Assignment of Copyrights and Income</u>

To Whom It May Concern:

      Reference is hereby made to that certain Songwriter, Co-Publishing and Administration Agreement between Chrysalis Music Group, Inc. and Montell Jordan ("Songwriter") dated April 12, 1995 (the "Agreement"). Please be advised that effective June __, 2007 ("Effective Date"), Anthem Music & Media Fund, LLC d/b/a KOHAW Music, Inc. (ASCAP) and its affiliate, the Bicycle Music Company (collectively "Anthem") have acquired all right, title and interest of the undersigned throughout the world in all compositions owned or controlled by the undersigned, including, without limitation, those compositions listed on Exhibit A attached hereto (the "Compositions").

      All income of any nature payable to Songwriter under the Agreement, regardless of when earned, in respect of the Compositions is payable to Anthem Music & Media Fund, LLC on and after the Effective Date.

      All statements, checks and correspondence relevant to the foregoing Compositions are to be directed to Anthem Music & Media Fund, LLC c/o The Bicycle Music Company at 449 S. Beverly Drive, Suite 300, Beverly Hills, CA 90212.

      Please mark your records accordingly, and we would appreciate your acknowledging receipt of this notification by signing the enclosed copy and returning it to Anthem.

Very truly yours,

ANTHEM MUSIC & MEDIA FUND,
LLC

By: _____
      An Authorized Signatory

_____
S. Gregory Hays, Chapter 7 Trustee for the Bankruptcy Estate of Montell and Kristin Jordan

37

**EXHIBIT H**
(Wixen Letter of Direction)

Wixen Music Publishing, Inc.
24025 Park Sorrento, Suite 130
Calabasas, CA 91302-4003

Re:      Notice of Assignment of Copyrights and Income

To Whom It May Concern:

Please be advised that effective June __, 2007 ("Effective Date"), Anthem Music & Media Fund, LLC d/b/a KOHAW Music, Inc. (ASCAP) and its affiliate, the Bicycle Music Company (collectively "Anthem") have acquired all right, title and interest of the undersigned throughout the world in all compositions owned or controlled by the undersigned, including, without limitation, those compositions listed on Exhibit A attached hereto (the "Compositions").

All income of any nature, regardless of when earned, in respect of the Compositions is payable to Anthem Music & Media Fund, LLC on and after the Effective Date.

All statements, checks and correspondence relevant to the foregoing Compositions are to be directed to Anthem Music & Media Fund, LLC at 449 S. Beverly Drive, Suite 300, Beverly Hills, CA 90212.

Please mark your records accordingly, and we would appreciate your acknowledging receipt of this notification by signing the enclosed copy and returning it to Anthem.

Very truly yours,

ANTHEM  MUSIC  &  MEDIA  FUND,
LLC

By: _____
   An Authorized Signatory

_____
S. Gregory Hays, Chapter 7 Trustee for the Bankruptcy Estate of Montell and Kristin Jordan

38

**EXHIBIT I**
(Famous Music Letter of Direction)

Famous Music Publishing
10635 Santa Monica Blvd., Suite 300
Los Angeles, CA 90025

Re:        Notice of Assignment of Copyrights and Income

To Whom It May Concern:

Please be advised that effective June __, 2007 ("Effective Date"), Anthem Music & Media Fund, LLC d/b/a KOHAW Music, Inc. (ASCAP) and its affiliate, the Bicycle Music Company (collectively "Anthem") have acquired all right, title and interest of the undersigned throughout the world in all compositions owned or controlled by the undersigned, including, without limitation, those compositions listed on Exhibit A attached hereto (the "Compositions").

All income of any nature, regardless of when earned, in respect of the Compositions is payable to Anthem Music & Media Fund, LLC on and after the Effective Date.

All statements, checks and correspondence relevant to the foregoing Compositions are to be directed to Anthem Music & Media Fund, LLC at 449 S. Beverly Drive, Suite 300, Beverly Hills, CA 90212.

Please mark your records accordingly, and we would appreciate your acknowledging receipt of this notification by signing the enclosed copy and returning it to Anthem.

Very truly yours,

ANTHEM MUSIC & MEDIA FUND, LLC

By: _____
        An Authorized Signatory

_____
S. Gregory Hays, Chapter 7 Trustee for the Bankruptcy Estate of Montell and Kristin Jordan

39

# EXHIBIT J

### (Letter of Direction for Mechanical Licenses [HFA/ etc.])

Hudson-Jordan Music
Mo' Swang
Montell Jordan (as Songwriter)
c/o S. Gregory Hays of Hays Financial Consulting, LLC
3343 Peachtree Road NE, Suite 200
Atlanta, GA 30326

As of June ___, 2007

>    To:    All Record Manufacturers Licensed to Mechanically Reproduce Compositions
> Specified Herein Below
> All Performing Rights Societies
> Harry Fox Agency
> All Other Parties In Interest

Please be advised that, effective as of the date hereof, Hudson-Jordan Music, Mo' Swang Music and Montell Jordan have granted to Anthem Music and Media Fund, LLC d/b/a KOHAW Music, Inc. (ASCAP), and its affiliate, The Bicycle Music Company, the exclusive right, throughout the world, in respect to the compositions publishing owned or controlled by Hudson-Jordan Music and Mo' Swang Music, including, without limitation, those compositions as listed on the Exhibit A attached hereto:

(i)    to license and cause others to license the use of the Compositions; and
(ii)   to administer and grant rights in and to the Compositions and the copyrights therein; and
(iii)  to publish and sell sheet music and/or folios of the Compositions if it so elects; and
(iv)   to collect all monies payable with respect to the Compositions, including monies earned but not paid prior to the Effective date hereof; and;
(v)    to otherwise administer the Compositions and the copyrights therein and to act as the publisher thereof.

All statements and payments in connection with the foregoing shall be sent to the following address:

Anthem Music and Media Fund
d/b/a KOHAW Music (ASCAP)
c/o The Bicycle Music Company
449 S. Beverly Drive, Ste 300
Beverly Hills, CA 90212
Federal Tax I.D. # 20-5182637

By:_____
S. Gregory Hays, Chapter X Trustee for the
Bankruptcy Estate of Montell and Kristin
Jordan

40